IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 1:07-CV-1516 |
| v. | ) ) | |
| APAC-SOUTHEAST, INC., f/k/a APAC-GEORGIA, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## ACKNOWLEDGEMENT OF SERVICE

COMES NOW Defendant APAC-Southeast, Inc., f/k/a APAC-Georgia, Inc., by and through its counsel of record, and hereby acknowledges service of process and waives personal service on APAC-Southeast, Inc. Plaintiff and Defendant agree and stipulate that by acknowledging service, APAC-Southeast, Inc. does not waive any defenses, including without limitation, affirmative defenses to the Plaintiff's Complaint. Plaintiff and Defendant agree and stipulate that an Answer to the Plaintiff's Complaint, or other responsive pleading, will be due within the time provided by Fed. R. Civ. P. 12 and Fed. R. Civ. P. 55 and that the filing of this Acknowledgement of Service with the Court will commence these time

ATI 30056054.1

limitations and an Answer will be due no sooner than twenty (20) days from the date of the filing of this Acknowledgement.

This 29th day of June, 2007.

                                Law Offices of M. Craig Hall

                                /s/ M. Craig Hall
                                M. Craig Hall
                                Georgia Bar No. 319220
                                1535 Mt. Vernon Road, Suite 200
                                Dunwoody, GA 30338
                                (770) 698-0555

                                ATTORNEY FOR DEFENDANT
                                APAC-SOUTHEAST, INC. f/k/a
                                APAC-GEORGIA, INC.

Stipulated and Agreed to by:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Heidi H. Raschke
Georgia Bar No. 594937
James V. Chin
Georgia Bar No. 124827
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1119
(404) 760-4300

ATTORNEYS FOR PLAINTIFF LIBERTY
MUTUAL FIRE INSURANCE COMPANY