IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>APAC-SOUTHEAST, INC., f/k/a APAC-GEORGIA, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 1:07-CV-1516 |

## CERTIFICATE OF INTERESTED PERSONS

The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

    Plaintiff:    Liberty Mutual Fire Insurance Company

    Defendants: APAC-Southeast, Inc., f/k/a APAC-Georgia, Inc.

The undersigned further certify that the following is a full and complete list of all other persons, associations of person, firms, partnerships, or corporations (including subsidiaries, conglomerates, affiliates, or parent corporations) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Plaintiff:    Liberty Mutual Fire Insurance Company

                      Liberty Mutual Group Inc.

                    Liberty Mutual Insurance Company

                    Employers Insurance Company of Wausau

                    LMHC Massachusetts Holding Inc.

                    Liberty Mutual Holding Company Inc.

Defendants: Old Castle Materials, Inc.

                    APAC Holdings, Inc.

                    APAC–Southeast, Inc.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff:    James V. Chin

                Heidi H. Raschke

Defendants: M. Craig Hall

This <u>16th</u> day of August, 2007.

                                      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                      <u>/s/ Heidi H. Raschke</u>
                                      Georgia Bar No. 594937
                                      James V. Chin
                                      Georgia Bar No. 124827
                                      2600 One Atlanta Plaza
                                      950 East Paces Ferry Road, N.E.
                                      Atlanta, GA  30326-1119
                                      (404) 760-4300

ATTORNEYS FOR PLAINTIFF LIBERTY
MUTUAL FIRE INSURANCE COMPANY


Law Offices of M. Craig Hall

<u>/s/ M. Craig Hall</u>
M. Craig Hall
Georgia Bar No. 319220
1535 Mt. Vernon Road, Suite 200
Dunwoody, GA  30338
(770) 698-0555

ATTORNEY FOR DEFENDANT
APAC-SOUTHEAST, INC. f/k/a
APAC-GEORGIA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1:07-CV-1516 |
| APAC-SOUTHEAST, INC., f/k/a APAC-GEORGIA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2007, I electronically filed the foregoing Certificate of Interested Persons with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

> M. Craig Hall
> Law Offices of M. Craig Hall, LLC
> 1535 Mt. Vernon Road, Suite 200
> Dunwoody, GA 30338

/s/ Heidi H. Raschke

Robins, Kaplan, Miller & Ciresi L.L.P
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1119
Telephone:  (404) 760-4300
Email:  hhraschke@rkmc.com

AT1 30056968.1

- 5 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>APAC-SOUTHEAST, INC., f/k/a )<br>APAC-GEORGIA, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 1:07-CV-1516 |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing has been prepared with Times New Roman, 14 point font.

/s/ Heidi H. Raschke

Robins, Kaplan, Miller & Ciresi L.L.P
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1119
Telephone:  (404) 760-4300
Email:  hhraschke@rkmc.com

AT1 30056968.1