FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 0 9 2007

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, ) ) ) Plaintiff, ) v. ) ) APAC-SOUTHEAST, INC., f/k/a ) APAC-GEORGIA, INC., ) ) Defendant. ) ) | CIVIL ACTION NO.: 1:07-CV-1516 |

## [PROPOSED] ORDER

THIS CAUSE came before the Court on plaintiff/counterclaim-defendant Liberty Mutual Fire Insurance Company's Motion for Enlargement of Time within which to respond to defendant/counterclaim-plaintiff APAC-Southeast, Inc., f/k/a APAC-Georgia, Inc.'s Counterclaim. The Court, upon being duly advised in the premises, hereby GRANTS the Motion. The time for plaintiff/counterclaim-defendant Liberty Mutual Fire Insurance Company to answer, move or otherwise reply is extended through and until August 13, 2006.

This 7 day of August, 2006.

/s/ Julie Carnes
Judge, United States District Court

ATI 30056620.1