FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 24 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APAC-SOUTHEAST, INC., f/k/a )<br>APAC-GEORGIA, INC., )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO.: 1:07-CV-1516 |

## [PROPOSED] ORDER

THIS CAUSE came before the Court on plaintiff/counterclaim-defendant Liberty Mutual Fire Insurance Company's Motion for Enlargement of Time within which to respond to defendant/counterclaim-plaintiff APAC-Southeast, Inc., f/k/a APAC-Georgia, Inc.'s Counterclaim. The Court, upon being duly advised in the premises, hereby GRANTS the Motion. The time for plaintiff/counterclaim-defendant Liberty Mutual Fire Insurance Company to answer, move or otherwise reply is extended through and until August 13, 2006.

This 23 day of Oct, 2007.

_____
Judge, United States District Court

ATI 30056620.1