**FILED IN CHAMBERS**
U.S.D.C. Atlanta

NOV 14 2007

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE ) <br> INSURANCE COMPANY, ) <br>   ) <br>   Plaintiff, ) <br> v. ) <br>   ) <br> APAC-SOUTHEAST, INC., f/k/a ) <br> APAC-GEORGIA, INC., ) <br>   ) <br>   Defendant. ) | CIVIL ACTION NO.: 1:07-CV-1516 |

## [PROPOSED] ORDER

THIS CAUSE came before the Court on the parties' Consent Motion for Leave to Amend Answer to Counterclaim. The Court, upon being duly advised in the premises, hereby GRANTS the Motion.

This __14__ day of __November__, 2007.

*[signature]*
Judge, United States District Court

ATI 30058461.1