IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br>*Plaintiff,*<br><br>v.<br><br>APAC-SOUTHEAST, INC., f/k/a APAC-GEORGIA, INC.,<br>*Defendant,* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO. 1:07-CV-1516 |

**DEFENDANT'S NOTICE OF FILING ORIGINAL DISCOVERY**

Defendant APAC-Southeast, Inc. hereby gives notice to all parties that the following original discovery materials have been filed with the clerk of Court:

1. Defendant APAC-Southeast, Inc.'s First Request for Production of Documents to Plaintiff;

2. Deposition transcript of Harvey Whichard; and

3. Deposition transcript of Milton Harrelson.

Respectfully submitted this 20th day of November, 2007.

Hall & Hoffman, LLP

/s/ M. Craig Hall
M. Craig Hall
Georgia Bar No. 319220
1535 Mt. Vernon Road, Suite 200
Dunwoody, GA 30338
Telephone (770) 698-0555
Facsimile (770)573-3601
CraigHall@DunwoodyLawyers.com

ATTORNEY FOR DEFENDANT
APAC-SOUTHEAST, INC. f/k/a
APAC-GEORGIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James Chin, Esquire
Robins, Kaplan, Miller & Cirisi, L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

This 20th day of November 2007.

/s/ M. Craig Hall
M. Craig Hall
GBN:  319220
Counsel for Defendant

Hall & Hoffman, LLP
1535 Mt. Vernon Road, Suite 200
Dunwoody, GA 30338
(phone) 770/698/0555
(facsimile) 770/573/3601
Craighall@DunwoodyLawyers.com

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared with Times New Roman, 14 point.

/s/ M. Craig Hall
M. Craig Hall
