IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br>v.<br><br>APAC-SOUTHEAST, INC., f/k/a APAC-GEORGIA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.: 1:07-CV-1516<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2007, Liberty Mutual Fire Insurance Company's Amended Notice of Taking Deposition of William B. Miller was served on the following via first class U.S. Mail:

    M. Craig Hall
    Law Offices of M. Craig Hall, LLC
    1535 Mt. Vernon Road, Suite 200
    Dunwoody, GA 30338

                                        /s/ Heidi H. Raschke

Robins, Kaplan, Miller & Ciresi L.L.P
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1119
Telephone: (404) 760-4300
Email: hhraschke@rkmc.com

3

AT1 30059112.1