IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: 1:07-CV-1516 JEC |
| v. | ) ) | |
| APAC-SOUTHEAST, INC., f/k/a APAC-GEORGIA, INC., | ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have served Defendant APAC-Southeast, Inc.'s Notice of Deposition of Plaintiff Liberty Mutual Fire Insurance Company on all counsel of record by causing same to be served via U.S. Mail, postage prepaid, addressed as follows:

James Chin, Esquire
Robins, Kaplan, Miller & Cirisi, L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326

This 14th day of December, 2007.

Law Offices of M. Craig Hall, LLC

/s/ M. Craig Hall
M. Craig Hall
Georgia Bar No. 319220
1535 Mt. Vernon Road, Suite 200
Dunwoody, GA 30338
Telephone (770) 698-0555
Facsimile (770)573-3601
CraigHall@DunwoodyLawyers.com

ATTORNEY FOR DEFENDANT
APAC-SOUTHEAST, INC. f/k/a
APAC-GEORGIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James Chin, Esquire
Robins, Kaplan, Miller & Cirisi, L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326

This 14th day of December 2007.

/s/ M. Craig Hall
M. Craig Hall
GBN: 319220
Counsel for Defendant

Law Offices of M. Craig Hall, LLC
1535 Mt. Vernon Road, Suite 200
Dunwoody, GA 30338
(phone) 770/698/0555
(facsimile) 770/573/3601
Craighall@DunwoodyLawyers.com

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared with Times New Roman, 14 point.

/s/ M. Craig Hall
M. Craig Hall
