IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>APAC-SOUTHEAST, INC., f/k/a )<br>APAC-GEORGIA, INC., )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO.: 1:07-CV-1516 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, I served opposing counsel with a copy of Liberty Mutual Fire Insurance Company's Amended Responses to APAC-Southeast, Inc.'s Second Interrogatories to Plaintiff by depositing a true and correct copy of the same in the United States Mail with proper postage addressed as follows:

> M. Craig Hall
> Law Offices of M. Craig Hall, LLC
> 1535 Mt. Vernon Road, Suite 200
> Dunwoody, GA 30338

/s/ Heidi H. Raschke

Robins, Kaplan, Miller & Ciresi L.L.P
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1119
Telephone: (404) 760-4300
Email: hhraschke@rkmc.com

7

ATI 30059229.1