IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>APAC-SOUTHEAST, INC., f/k/a )<br>APAC-GEORGIA, INC., )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO.: 1:07-CV-1516 JEC<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, the undersigned counsel, and hereby notifies the Court and all parties and counsel of record that the law firm, the Law Offices of M. Craig Hall, LLC, and its undersigned counsel, have changed as noted below, **effective December 31, 2007**:

M. Craig Hall, Esquire
OldCastle Law Group
900 Ashwood Parkway, Suite 700
Atlanta, GA  30338
(770) 392-5310  (Telephone)
(770) 392-5305  (Facsimile)
mchall@oldcastlematerials.com

Please forward all correspondence, documents and pleadings in this matter to the above address, and please direct all inquiries to counsel at the above telephone number and facsimile number.

This 31st day of December, 2007.

>Law Offices of M. Craig Hall, LLC
>
>/s/ M. Craig Hall
>M. Craig Hall
>Georgia Bar No. 319220
>1535 Mt. Vernon Road, Suite 200
>Dunwoody, GA 30338
>Telephone (770) 698-0555
>Facsimile (770)573-3601
>CraigHall@DunwoodyLawyers.com
>
>ATTORNEY FOR DEFENDANT
>APAC-SOUTHEAST, INC. f/k/a
>APAC-GEORGIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James Chin, Esquire
Robins, Kaplan, Miller & Cirisi, L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

This 31st day of December 2007.

/s/ M. Craig Hall
M. Craig Hall
GBN:  319220
Counsel for Defendant

Law Offices of M. Craig Hall, LLC
1535 Mt. Vernon Road, Suite 200
Dunwoody, GA 30338
(phone) 770/698/0555
(facsimile) 770/573/3601
Craighall@DunwoodyLawyers.com

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared with Times New Roman, 14 point.

/s/ M. Craig Hall
M. Craig Hall
