IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, )<br>*Plaintiff,* )<br>  )<br>  ) | CIVIL ACTION FILE<br>NO. 1:07-CV-1516 |
| v.  ) | |
|   ) | |
| APAC-SOUTHEAST, INC., f/k/a ) | |
| APAC-GEORGIA, INC.,   ) | |
| *Defendant,* ) | |

**NOTICE OF FILING**

Notice is hereby given that APAC-Southeast, Inc., Defendant in the above-named case, has filed the following original discovery materials with the clerk of Court: Original Report of Dr. Tim Ryles, Ph.D.

Respectfully submitted this 27th day of October, 2008.

    APAC, Inc. Law Department

    /s/ M. Craig Hall
    M. Craig Hall
    Georgia Bar No. 319220
    900 Ashwood Parkway, Suite 700
    Atlanta, GA 30338
    Telephone (770) 392-5310
    Facsimile (770)392-5305
    Craig.Hall@APAC.com

    ATTORNEY FOR DEFENDANT
    APAC-SOUTHEAST, INC. f/k/a
    APAC-GEORGIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James Chin, Esquire
Robins, Kaplan, Miller & Cirisi, L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

This 27th day of October 2008.

                                                    /s/ M. Craig Hall
                                                  M. Craig Hall
                                                  GBN:  319220
                                                  Counsel for Defendant

APAC, Inc. Law Department
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
(phone) 770/392/5310
(facsimile) 770/392/5305
Craig.Hall@APAC.com

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared with Times New Roman, 14 point.

/s/ M. Craig Hall<br>
M. Craig Hall

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORGIA

**LIBERTY MUTUAL INSURANCE COMPANY**

**Plaintiff,**

vs.

**APAC SOUTHEAST, INC**
**f/k/a APAC GEORGIA, INC.**

**Defendant**

*CIVIL ACTION NO.: 1:07-CV-1516*

---

## REPORT OF TIM RYLES, Ph.D.

BACKGROUND OF WITNESS AND SCOPE OF ASSIGNMENT

My name is Tim Ryles. I am a former Commissioner of Insurance for the State of Georgia, having served as Commissioner for the time beginning in January 1991 and ending in January 1995. During my term as Commissioner, I had principal responsibility for administering the laws and regulations governing insurance in Georgia. Among other duties, as Commissioner, I adopted rules, interpreted and